IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| v. | : 3:16-CR-232 |
| | : (JUDGE MARIANI) |
| DONALD KORUS, | : |
| Defendant. | : |

## ORDER

AND NOW, THIS 26th DAY OF FEBRUARY, 2018, upon consideration of Defendant's objection to the Revised Presentencing Investigation Report, **IT IS HEREBY ORDERED THAT** Defendant's objection is **OVERRULED**.

Robert D. Mariani
United States District Judge